# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

January 28, 2026

**Via ECF**

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Application GRANTED. The Clerk of Court is directed to terminate Doc. #36.

SO ORDERED.

January 29, 2026

**Re:    United States v. Mario Pineiro
26 Cr. 33 (JMF)**

Dear Judge Furman,

As discussed in court earlier today, I write to respectfully request modification of Mr. Pineiro's pretrial release conditions to permit him to download the Planet Fitness application on his phone. The Government and Pretrial Services do not object to this request.

As part of his pretrial release conditions, Mr. Pineiro's access to internet-enabled devices has been limited to devices, applications, and functions that are pre-approved by Pretrial Services and/or subject to monitoring software. Pursuant to these conditions, Mr. Pineiro has access to one internet-enabled smartphone with applications that have been approved by Pretrial Services. Mr. Pineiro's gym recently changed their entrance technology and policies, and he needs to download the aforementioned application on his smartphone to be able to enter his gym. Pretrial Services has no objection to this application.

We thank the Court for its consideration.

Respectfully submitted,

/s/

Neil P. Kelly
Assistant Federal Defender
(212) 417-8744

cc:    Pretrial Services Officer Jonathan Lettieri
AUSA Kevin Grossinger