```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
UNITED STATES OF AMERICA
                                    :   26 Cr. 33-1 (JMF)

    -against-                       :   ORDER
                                    :
Mario Pineiro
                                    :
        Defendant
                                    :
------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

It is hereby ORDERED that the defendant's bail is modified to include drug testing/treatment as directed by Pretrial Services.

        Dated: New York, New York
               April 21 , 2026


                            SO ORDERED:


                            _____
                            JESSE M. FURMAN
                            United States District Judge