# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

April 26, 2026

**Via ECF**

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Application DENIED as unnecessary.  The Court's page limitation applies to the "sentencing memoranda" themselves, not to the exhibits.  See Individual Rules and Practices for Criminal Cases ¶ 9(B).  The parties should not overdo it with their exhibits (let alone do an end run around the page limitation on memoranda by including things in exhibits that really should be in the memoranda).  But given that the parties' memoranda will not exceed twenty-five pages, the parties do not need extra pages.  The Clerk of Court is directed to terminate ECF No. 45.

**Re:    United States v. Mario Pineiro
26 Cr. 33 (JMF)**

SO ORDERED.

April 27, 2026

Dear Judge Furman,

I write pursuant to Rule 9.B of the Court's Individual Rules of Practice in Criminal Cases to respectfully request permission to file a sentencing submission of more than 25 pages in this matter. The Government does not object to this request.

The defense's sentencing submission is due April 28, 2026. While the defense's primary sentencing memorandum will be fewer than 25 pages, with attachments (including an expert report, letters of support, and appendices of supporting materials) the defense's cumulative sentencing submission will exceed the Court's 25-page limit. Accordingly, I respectfully request an enlargement of the Court's page limit to permit this filing.

The Government similarly anticipates that its primary sentencing memorandum will be fewer than 25 pages but, with attachments, will exceed 25 pages, and it asks for a reciprocal enlargement should the Court grant the defense's request. The defense has no objection to this request.

We thank the Court for its consideration.

Respectfully submitted,

/s/

Neil P. Kelly
Assistant Federal Defender
(212) 417-8744

cc:    Counsel of record