Federal Defenders
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

August 7, 2026

**Via ECF**

Application GRANTED. The Clerk of Court is directed to terminate Doc. #64.

SO ORDERED.

August 7, 2026

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: United States v. Mario Pineiro**
**26 Cr. 33 (JMF)**

Dear Judge Furman,

I write to respectfully request that the Court modify special condition number 5 of Mr. Pineiro's supervised release to permit him to use on-campus computers owned, monitored by, and subject to the policies and procedures of the City University of New York ("CUNY"). The Probation Department and Government have no objection to this request.

The present special condition provides that Mr. Pineiro is to allow Probation to install software on and monitor his usage of any electronic device that can access the internet. *See* Doc. 55 at 5. This special condition has an exception for devices used in the course of employment but does not address devices used in connection with educational programming. Mr. Pineiro is in the process of enrolling in classes at Borough of Manhattan Community College ("BMCC") for the fall semester and will need to access and use computers on the college's campus to complete coursework and administrative tasks relating to the same. The computers on BMCC's campus that are accessible for student use are subject to CUNY's policies and procedures, including monitoring for inappropriate usage and prohibitions on accessing pornographic content. *See* CUNY, "The City University of New York Policy on Acceptable Use of Digital Assets and Resources," https://www.cuny.edu/wp-content/uploads/sites/4/page-assets/about/administration/offices/legal-affairs/policies-resources/Computer-Use-1.pdf.

In light of Mr. Pineiro's need to utilize CUNY computers (which are subject to monitoring and restrictions on inappropriate content) to complete his college coursework, I respectfully request that the Court modify the electronic device monitoring condition to permit Mr. Pineiro to use on-campus computers owned, monitored by, and subject to the policies and procedures of CUNY for purposes of his college coursework and related administrative tasks.

**<u>United States v. Mario Pineiro</u>**
**26 Cr. 33 (JMF)**

I thank the Court for its consideration of this request.

Respectfully submitted,

/s/

Neil P. Kelly
Assistant Federal Defender
(212) 417-8744

cc: Counsel of record
Probation Officer Amber Wilton